**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-7378**

WALTER D. BOOKER,

       Plaintiff - Appellant,

    v.

SGT. T. JOHNSON; TEC. E. STOVALL; OFC. JOHN DOE; TEC. R. BAGNELL,

       Defendants - Appellees,

    and

DET. M. LUCK; DET. T. KEOUGH,

       Defendants.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, Senior District Judge.  (1:14-cv-00833-JCC-TCB)

Submitted:  March 29, 2018                Decided:  April 2, 2018

Before AGEE and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Walter D. Booker, Appellant Pro Se. James Arthur Cales, III, FURNISS, DAVIS, RASHKIND & SAUNDERS, Norfolk, Virginia, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Walter D. Booker appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Booker v. Johnson*, No. 1:14-cv-00833-JCC-TCB (E.D. Va. June 25, 2015; Sept. 8, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*